IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MCCOY GLOBAL INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. WA-24-CV-00604-FB |
| | § | |
| KEYSTONE ENERGY TOOLS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (DKT. NO. 18)

Before the Court are the Report and Recommendation to Deny Motion to Dismiss for Failure to State a Claim (Dkt. No. 18), filed by United States Magistrate Judge Derek T. Gilliland (Dkt. No. 37), along with Defendant's written objections (Dkt. No. 38) thereto.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires *de novo* review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed Defendant's submission in light of the entire record. As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire

-2-

record in this cause and has conducted a *de novo* review with respect to those matters raised by the objections. After due consideration, the Court concludes the objections lack merit.

IT IS THEREFORE ORDERED that the Report and Recommendation to Deny Motion to Dismiss for Failure to State a Claim (Dkt. No. 30) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant Keystone Energy Tools, LLC's Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) for Failure to State a Claim (Dkt. No. 18) is DENIED. This case continues to be referred to Magistrate Judge Gilliland for further pretrial proceedings.

It is so ORDERED.

SIGNED this 31st day of March, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

-2-